UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CORNELIO CALAYAG,

                 Plaintiff,            CIV. S-05-0086 LKK PAN PS

           v.

JOHN E. POTTER, POSTMASTER        FINDINGS AND RECOMMENDATION
GENERAL, UNITED STATES POSTAL
SERVICE,

                 Defendant.

-o0o-

On December 1, 2005, this court dismissed plaintiff's complaint for failure to state a prima facie case of discrimination under Title VII but granted leave for plaintiff to serve and file an amended complaint within twenty days.

Plaintiff has not responded to the order.

Accordingly, I recommend this action be dismissed pursuant to Fed. R. Civ. P. 12(b)(6).

These findings and recommendations are submitted to the

Honorable Lawrence K. Karlton, the United States District Judge

assigned to this case.  28 U.S.C. § 636(b)(l).  Written

objections may be filed within ten days after being served with

these findings and recommendations.  The document should be

captioned "Objections to Magistrate Judge's Findings and

Recommendations."  The failure to file objections within the

specified time may waive the right to appeal the District Court's

order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

          Dated:  January 18, 2006.


                              /s/ Peter A. Nowinski
                              PETER A. NOWINSKI
                              Magistrate Judge