```
                     IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA


CORNELIO CALAYAG,

            Plaintiff,          CIV. S-05-0086-LKK-PAN(JFM)-PS

      v.

JOHN  E.  POTTER, Postmaster                   ORDER
General, UNITED STATES POSTAL
SERVICE,

            Defendant.
_____/
```

           This matter was referred to the assigned Magistrate Judge pursuant to 28 U.S.C. §§ 636, et seq., and Local Rule 72-302.  On January 18, 2006, Judge Nowinski recommended that plaintiff's action be dismissed.  No objections to the findings and recommendation have been filed.

           The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the

////

magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1.  The Findings and Recommendations filed January 18, 2006, are adopted in full; and

    2.  This action is dismissed.

DATED: July 5, 2006.

                              */s/ Lawrence K. Karlton*
                              UNITED STATES DISTRICT JUDGE